UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>J. LEWIS, et al.,<br><br>    Defendants. | Case No. 17-cv-3926 JD (PR)<br><br>**REFERRAL FOR PURPOSE OF DETERMINING WHETHER TO RELATE CASES** |
| MOHAMMED MONIE,<br><br>    Plaintiff,<br><br>    v.<br><br>J. LEWIS, et al.,<br><br>    Defendants. | Case No. 17-cv-3996-HSG (PR) |
| HARASH PATANG,<br><br>    Plaintiff,<br><br>    v.<br><br>J. LEWIS, et al.,<br><br>    Defendants. | Case No. 17-cv-4198-HSG (PR) |

The order entered on September 26, 2017 in Case Nos. 17-cv-3995 EMC, 17-cv-3996 HSG, and 17-cv-4198 HSG is vacated and replaced with the following:

Pursuant to Civil Local Rule 3-12(c), Case No. 17-cv-3996 HSG (PR) and Case No. 17-cv-4198 HSG (PR) are hereby REFERRED, *sua sponte*, to the Honorable James Donato for consideration of whether the cases are related to 17-cv-3926 JD (PR). The cases appear to assert the same or similar claims against the same or similar Defendants. The parties shall file any response in opposition to or in support of relating the cases within twenty-one (21) days of the date of this order.

The Clerk shall file a copy of this order in Case Nos. 17-cv-3926 JD, 17-cv-3995 EMC, 17-cv-3996 HSG, and 17-cv-4198 HSG.

**IT IS SO ORDERED.**

Dated: 9/27/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge