UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES,<br><br>        Plaintiff,<br><br>    v.<br><br>J. LEWIS, et al.,<br><br>        Defendants. | Case No. 17-cv-03926-JD<br><br>**ORDER GRANTING EXTENSION**<br><br>Re: Dkt. Nos. 10, 12 |

GOOD CAUSE APPEARING, it is hereby ordered that plaintiff's request for an extension of time (Docket No. 12) is **GRANTED**. Plaintiff may have until **October 16, 2017**, to file an amended complaint. Plaintiff's motion for an extension to file his in forma pauperis application (Docket No. 10) is **DENIED** as moot because he has already been granted in forma pauperis status.

**IT IS SO ORDERED.**

Dated: October 6, 2017

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER JAMES,

    Plaintiff,

v.

J. LEWIS, et al.,

    Defendants.

Case No. 17-cv-03926-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 6, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher James
D30379
San Quentin State Prison
San Quentin, CA 94974

Dated: October 6, 2017

    Susan Y. Soong
    Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO